UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
: 
VINCENT LOWERY,                                   :      24 Civ. 6607 (GS)
:
                       Plaintiff,       :      ORDER
:
          - against -                        :
:
POLICE ATHLETIC LEAGUE, INC.,                     :
:
                     Defendant.      :
:
------------------------------------------------------------------------------- X

**GARY STEIN, United States Magistrate Judge:**

      The Court has been advised that a settlement has been reached in this case, which includes a claim arising under the Fair Labor Standards Act (the "FLSA"), and that the parties intend to seek court approval to dismiss this claim pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (*See* Dkt. No. 18). As the parties have now consented to the undersigned's jurisdiction (Dkt. No. 21), they are directed as follows. The parties shall submit to the Court by **January 31, 2025** a joint motion setting forth their views as to why their settlement is fair and should be approved. The motion must address the considerations detailed in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012), and must include a copy of the settlement agreement itself, attached as an exhibit. If the settlement includes attorney's fees, the parties should also address the reasonableness of the fees to be awarded under the framework set forth in *Goldberger v. Integrated Resources, Inc.*, 209 F.3d 43, 50 (2d Cir. 2000).

      **SO ORDERED.**

DATED:    New York, New York
              January 7, 2025

                                                                      The Honorable Gary Stein
                                                                      United States Magistrate Judge