# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Michele Solari
Tel: 646.346.8012
Fax: 212.223.1942
solarim@ballardspahr.com

March 17, 2025

*Confidential*
*Via CM/ECF*

The Honorable Gary Stein, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Vincent Lowery v. Police Athletic League, Inc.
             Docket No.: 1:24-cv-06607-GS

Dear Judge Stein:

    This firm represents Defendant Police Athletic League, Inc. in the above-referenced matter. In accordance with the Court's March 14, 2025 Order [ECF No. 25], Defendant submits Exhibit A attached hereto, enclosing the Confidential Settlement Agreement and General Release resolving Plaintiff Vincent Lowery's non-wage claims under seal for the Court's review.

Very truly yours,

*/s/ Michele M. Solari*
Michele M. Solari

MS/aap
Enclosure

cc:    All counsel of record (via ECF)

NG-58S8J20W #4937-4519-1466 v1